UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                         CIVIL NO.  07-3566 (PAM/JSM)

      Petitioner,

v.                                                                          ORDER

LESTER FRIEDMAN,

      Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated October 4, 2007.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1.  The Petition to Determine Present Mental Condition of an Imprisoned Person Under 18 U.S.C. § 4245 [Docket No. 1] is granted;

2.  Respondent is found to be suffering from a mental disease or defect for the treatment of which he is in need of hospitalization in a suitable psychiatric facility;

3.  FMC-Rochester is a suitable facility at which to treat Respondent's mental illness;

4.  Respondent is committed to the custody of the United States Attorney General; and

5.  The Attorney General shall hospitalize Respondent at FMC-Rochester.

Dated: October 18, 2007

                                  s/ Paul A. Magnuson
                                  PAUL A. MAGNUSON
                                  United States District Court Judge